USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA    :

           :

v.                                  :

           :

Desmond Serrano              :

           Defendant.    :

-------------------------------------------------------x

**ORDER ACCEPTING
PLEA ALLOCUTION**

24 CR 647-4 (VB)

      The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record.  The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated December 18, 2025, is approved and accepted, and the defendant is adjudged guilty of Count One of the indictment.

      The Clerk is directed to enter the guilty plea.

Dated: February 6, 2026
       White Plains, NY

                 SO ORDERED:

                 Vincent L. Briccetti
                 United States District Judge